IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Eyen Anderson, | No. 1:05-cv-00729-ROS (PC) |
| Plaintiff, | **ORDER** |
| vs. | |
| Dr. G. Fishback, et al., | |
| Defendants. | |

Having received Defendant Suryadevara's Motion For Extension of Time to Respond and supporting affidavit (Docs. 24-25), and good cause appearing,

**IT IS ORDERED** Defendant Suryadevara's Motion For Extension of Time to Respond (Doc. 25) **IS GRANTED IN PART**.

**FURTHER ORDERED** Defendant Suryadevara shall answer Plaintiff's Complaint no later than **MONDAY, FEBRUARY 2ND, 2009.**

DATED this 12th day of January, 2009.

Roslyn O. Silver
United States District Judge