IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eyen Anderson,<br><br>    Plaintiff,<br><br>vs.<br><br>G. Fishback, et al.,<br><br>    Defendant. | No. 1:05-CV-0729-ROS (PC)<br><br>**ORDER** |

Having received and reviewed Plaintiff's Request For Copies and Motion For 30-Day Extension (Doc. 30), and good cause appearing,

**IT IS ORDERED** Plaintiff's Request and Motion (Doc. 30) **ARE GRANTED**.

**FURTHER ORDERED** Plaintiff shall respond to Defendant Suryadevara's Motion To Dismiss (Doc. 28) **NO LATER THAN MARCH 25, 2009**.

**FURTHER ORDERED** the Clerk of Court shall provide Plaintiff with copies of Doc. 1.

**FURTHER ORDERED** the Clerk of Court shall amend the docket to reflect the proper spelling of Defendant Suryadevara's last name.

| | |
|---|---|
| 1 | DATED this 9th day of March, 2009. |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | _____<br>Roslyn O. Silver<br>United States District Judge |
| 7 | |
| 8 | |